NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7124

BENNY J. HATHORNE, SR.,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2778, Judge Robert N. Davis.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves for a 21-day extension of time, until October 13, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Benny J. Hathorne, Sr.
Joan Stentiford Swyers, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK